UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES DOUGLAS SMITH, ANTWAIN ] | |
| MAYS, MARVIN O. STEWART, and ] | |
| EVERETTE COOKSEY ] | |
|     Plaintiffs, ] | |
| ] | GENERAL DOCKET |
| v. ] | No. 3:14-mc-0728 |
| ] | Judge Sharp |
| CORRECTIONS CORPORATION OF ] | |
| AMERICA, et al. ] | |
|     Defendants. ] | |

## O R D E R

The Court has before it a *pro se* prisoner complaint (Docket Entry No.1) under 42 U.S.C. § 1983.

The plaintiffs have neglected, however, to either pay the fee required for the filing of the complaint or submit properly completed applications to proceed in forma pauperis. The Court further notes that three of the plaintiffs (Smith, Mays and Cooksey) have failed to sign the complaint as required by Rule 11(a), Fed.R.Civ.P.

Accordingly, the Clerk will return the complaint to the plaintiffs along with blank applications to proceed in forma pauperis and a copy of Administrative Order No.93.

The plaintiffs are hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to sign the

complaint and return it with either the full civil filing fee of four hundred dollars ($400.00) or properly completed applications to proceed in forma pauperis, along with certified copies of their inmate trust account statements for the previous six month period. 28 U.S.C. § 1915(a)(2).

The plaintiffs are forewarned that, should they fail to comply with these instructions within the specified period of time, the Court will presume that they are not paupers, assess the filing fee and order its collection from their inmate trust accounts, and dismiss the instant action for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 606 (6th Cir. 1997).

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge